# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

---

# ***NOTICE***

***Lynn M. Pope***

***V.*** ***CA 03-544ML***

***John E. Potter***

***PLEASE TAKE NOTICE THAT THE PROCEEDING LISTED BELOW HAS BEEN SCHEDULED IN THE ABOVE ENTITLED CASE BEFORE U.S. DISTRICT COURT JUDGE MARY M. LISI***

***TYPE OF PROCEEDING:*** ***Deft's Motion for Summary Judgment***

***PLACE:*** ***U.S. District Court***
***Courtroom 1 - Room 304***
***Federal Building and Courthouse***
***One Exchange Terrace***
***Providence, RI 02903***

***DATE:*** ***Thursday, October 6, 2005***

***TIME:*** ***11:00 AM***

***David A. DiMarzio, Clerk of Court***

*Barbara Barletta*

Barbara Barletta/ John Duhamel
Deputy Clerk
Date: September 22, 2005

**NOTICE SENT TO:** **Dennis Edward McMahon, Esq., and Dulce Donovan, AUSA**

N.B. COUNSEL ARE DIRECTED TO NOTIFY THE CLERK'S OFFICE AT 752-7204 Or 752-7205 IF THE NAME OF COUNSEL FOR ANY PARTY IS OMITTED FROM THIS NOTICE.