UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**LYNN POPE**

**v.** **C.A. 03-544ML**

**JOHN E. POTTER, Postmaster General of the United States Postal Service**

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendant, John E. Potter, Postmaster General of the United States Postal Service, against the plaintiff, Lynn Pope, pursuant to the Memorandum and Order of this date GRANTING the defendant's Motion for Summary Judgment.**

**Enter:**

Barbara Barletta

**Deputy Clerk**

**DATED: November 2 8, 2005**